# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JOHN HAISHA,<br><br>　　　　　　　　　　　　Petitioner,<br>vs.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　　　　　　Respondents. | CASE NO. 05cv1390-BEN (WMc)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION DENYING PETITION FOR A WRIT OF HABEAS CORPUS** |

Petitioner DONALD JOHN HAISHA has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 ("Petition"), challenging his state court drug possession convictions. Respondents answered. On December 18, 2006, Honorable Magistrate Judge William McCurine, Jr. issued a thoughtful and thorough Report and Recommendation ("Report"), recommending the Petition be denied in its entirety. No objection to the Report has been filed. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed Report. Good cause appearing, the Court concurs with and adopts the Report. Accordingly, the Petition is DENIED in its entirety. The Clerk shall close the file.

**IT IS SO ORDERED**.

DATED: May 7, 2007

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28